# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Michael R. Moles                                    3493328

_(Enter above the full name of the plaintiff or plaintiffs in this action)._                _(Inmate Reg. # of each Plaintiff)_

**VERSUS**                              CIVIL ACTION NO. 2:18-cv-0445
                                        _(Number to be assigned by Court)_

South Central Regional Jail

FILED
1 5
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ☒     No ☑

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Bradd Michael R. Moles

   Defendants: SCRJ

2. Court (if federal court, name the district; if state court, name the county);

   Kanawha

3. Docket Number: 2-18 CV 0034 1

4. Name of judge to whom case was assigned:

   Dwane L. Tinsley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Pending

6. Approximate date of filing lawsuit: 2-23-18

7. Approximate date of disposition: n/a

2

II. **Place of Present Confinement:** South Central Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___    No ✓

    C. If you answer is YES:

        1. What steps did you take? Sent a message to my counselor

        2. What was the result? No Response

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Michael R Moles

        Address: 6603 Campbell's Creek Dr. Blount WV 25025

    B. Additional Plaintiff(s) and Address(es): ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: South Central Regional Jail

is employed as: _____

at 1001 Centre Way Chas WV 25309

D.  Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Jail is way too over crowded. We have 3-4 guys in a one person cell. It is very uncomfortable and sometimes we go 2-3 days without being out for our daily shower and phone call. We also have to use the restroom with everyone in the same cell. It is very embarassing and inhumane.

## IV. Statement of Claim (continued):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for each day there has been more than one person in my cell.

V.     **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII.   **Counsel**

  A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

  _____

  B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

  Yes _____     No ✓

  If so, state the name(s) and address(es) of each lawyer contacted:

  _____
  _____

  If not, state your reasons: Not Sure Who to Contact
  _____

  C.   Have you previously had a lawyer representing you in a civil action in this court?

  Yes _____     No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____

*Michael R. Moles*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *Moles 2-9-18*
           (Date)

*Michael R. Moles*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7